**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------X

In re:

MACKENZIE R. ALEXANDER,

                Debtor.

-------------------------------------------------------------------X

PROSCRIPT PHARMACY,

                Appellant,                25 **CIVIL** 3296 (CS)

      -against-                              **JUDGMENT**

MACKENZIE R. ALEXANDER,

                Appellee.

-------------------------------------------------------------------X

It is, **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated January 9, 2026, the Bankruptcy Court's March 18, 2025 Order is affirmed; accordingly, the case is closed.

**Dated:** New York, New York
        January 13, 2026

                            **TAMMI M. HELLWIG**

                                **Clerk of Court**

              **BY:**                                **Deputy Clerk**